UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE S. COPASS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE INC., ALAUNUS PHARMACEUTICALS, GREGORY CONIGLIARO, and BARRY J. CADDEN, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CAUSE NO:  1:12-cv-1638-WTL-TAB

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion.  Defendants are hereby granted an extension up to an including January 14, 2013 to respond to Plaintiff's Complaint.

SO ORDERED:   12/12/2012

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

M. Michael Stephenson
Brady J. Rife
McNEELY STEPHENSON THOPY & HARROLD
2150 Intelliplex Drive, Suite 100
Shelbyville, IN  46176

Scott L. Starr
Andrew B. Miller
Mark S. Fryman, Jr.
STARR AUSTEN & MILLER, LLP
201 South 3rd Street
Logansport, IN  46947

Dina M. Cox
Kameelah Shaheed-Diallo
Robert M. Baker IV
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202

Q:\NECC\2 - Copass\Federal Court Pleadings\ORDER_MET.docx