**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**
**Indianapolis Division**

NOTICE

Federal Rule of Civil Procedure 7.1 provides:

**Disclosure Statement**

A nongovernmental corporate party must file a disclosure statement that:

1. identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

2. states that there is no such corporation.

A party must:

1. file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

2. promptly file a supplemental statement if any required information changes.

It appears that the required disclosure statement was not provided as set forth above. Please correct this omission forthwith.

s/Laura A. Briggs
Laura A. Briggs, Clerk
United States District Court
Southern District of Indiana

Cause Number: 1:12–cv–01638–WTL–TAB
Title of Case: COPASS v. NEW ENGLAND COMPOUNDING PHARMACY INC. et al
Pleading and Date: Notice of Removal filed 11/8/2012