UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE S. COPASS, | ) CAUSE NO.: 1:12-CV-1638-WTL-TAB |
| | ) |
| Plaintiff, | ) JUDGE: WILLIAM T. LAWRENCE |
| | ) |
| v. | ) |
| | ) **AMERIDOSE, LLC'S CORPORATE** |
| NEW ENGLAND COMPOUNDING | ) **DISCLOSURE STATEMENT** |
| PHARMACY INC.,d/b/a NEW ENGLAND | ) |
| COMPOUNDING CENTER, AMERIDOSE | ) |
| INC., ALAUNUS PHARMACEUTICALS, | ) |
| GREGORY CONIGLIARO, and BARRY J. | ) |
| CADDEN, | ) |
| | ) |
| Defendants. | ) |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 14th day of December, 2012

Respectfully submitted,

s/ *Knight S. Anderson*
Knight S. Anderson (17216-53)
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Telephone:   216.696.2761
Facsimile:    216.592.5009
E-mail:        *knight.anderson@tuckerellis.com*

*Attorney for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 14, 2012 using the ECF system that sent notification of this filing to the following:

| | |
|---|---|
| M. Michael Stephenson<br>Brady J. Rife<br>McNeeley Stephenson Thopy & Harrold<br>2150 Intelliplex Drive, Suite 100<br>Shelbyville, IN 46175<br>*Attorneys for Plaintiff* | Scott L. Starr<br>Andrew B. Miller<br>Mark S. Fryman Jr.<br>Starr Austen & Miller LLP<br>201 South 3rd Street<br>Logansport, IN 46947<br>*Attorneys for Plaintiff* |
| Dina M. Cox<br>Robert M. Baker IV<br>Kameelah Shaheed-Diallo<br>Lewis Wagner, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN 46202<br>*Attorneys for Defendants New England Compounding Pharmacy Inc. d/b/a New England Compounding Center, Alaunus Pharmaceuticals, Gregory Conigliaro, and Barry J. Cadden* | |

                                                    */s/Knight S. Anderson*
                                                  *Attorney for Defendant Ameridose, LLC*