UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NATALIE S. COPASS, | ) | CAUSE NO.:  1:12-CV-1638-WTL-TAB |
| | ) | |
| Plaintiff, | ) | JUDGE: WILLIAM T. LAWRENCE |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **DEFENDANT AMERIDOSE, LLC'S** |
| NEW ENGLAND COMPOUNDING | ) | **MOTION TO KEEP INCORRECTLY** |
| PHARMACY INC.,d/b/a NEW ENGLAND | ) | **FILED DOCUMENT SEALED** |
| COMPOUNDING CENTER, AMERIDOSE | ) | |
| INC., ALAUNUS PHARMACEUTICALS, | ) | |
| GREGORY CONIGLIARO, and BARRY J. | ) | |
| CADDEN, | ) | |
| | ) | |
| Defendants. | ) | |

On December 14, 2012, Defendant Ameridose, LLC attempted to file its Corporate Disclosure Statement as required by Rule 7.1 of the Federal Rules of Civil Procedure. In error, a confidential lease agreement was uploaded to the Court's electronic filing system. Upon request by counsel, the Court sealed the document and prevented others from viewing it. Defendant requests that the lease agreement remain sealed so as to maintain its security. The correct Corporate Disclosure Statement was immediately filed thereafter and now appears on the Court's docket as document 16.

Respectfully submitted,

s/ *Knight S. Anderson*
Knight S. Anderson (17216-53)
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Telephone:   216.696.2761
Facsimile:    216.592.5009
E-mail:          *knight.anderson@tuckerellis.com*

*Attorney for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 17, 2012 using the ECF system that sent notification of this filing to the following:

| | |
|---|---|
| M. Michael Stephenson<br>Brady J. Rife<br>McNeeley Stephenson Thopy & Harrold<br>2150 Intelliplex Drive, Suite 100<br>Shelbyville, IN 46175<br>*Attorneys for Plaintiff* | Scott L. Starr<br>Andrew B. Miller<br>Mark S. Fryman Jr.<br>Starr Austen & Miller LLP<br>201 South 3rd Street<br>Logansport, IN 46947<br>*Attorneys for Plaintiff* |
| Dina M. Cox<br>Robert M. Baker IV<br>Kameelah Shaheed-Diallo<br>Lewis Wagner, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN 46202<br>*Attorneys for Defendants New England Compounding Pharmacy Inc. d/b/a New England Compounding Center, Alaunus Pharmaceuticals, Gregory Conigliaro, and Barry J. Cadden* | |

*s/ Knight S. Anderson*
*Attorney for Defendant Ameridose, LLC*