**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| NATALIE S. COPASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY INC., d/b/a NEW | ) | CAUSE NO:  1:12-cv-1638-WTL-TAB |
| ENGLAND COMPOUNDING | ) | |
| CENTER, AMERIDOSE INC., | ) | |
| ALAUNUS PHARMACEUTICALS, | ) | |
| GREGORY CONIGLIARO, and | ) | |
| BARRY J. CADDEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCES ON BEHALF OF DEFENDANT, AMERIDOSE, LLC, ONLY**

Pursuant to L.R. 83.7, Dina M. Cox, Robert M. Baker, IV, Kameelah Shaheed-Diallo of

Lewis Wagner, LLP have requested leave of Court to withdraw their Appearances as attorneys

for Defendant Ameridose, LLC only; and, the Court, being duly advised in the premises, now

finds that said motion should be GRANTED.

IT IS ORDERED that Dina M. Cox, Robert M. Baker, IV, Kameelah Shaheed-Diallo of

Lewis Wagner, LLP are withdrawn as counsel for Ameridose, and the Law Firm of Tucker Ellis

LLP has appeared and is substituted as counsel on behalf of Ameridose, only.

___12/17/2012_____
Date

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

M. Michael Stephenson / Brady J. Rife
McNEELY STEPHENSON THOPY &
HARROLD
2150 Intelliplex Drive, Suite 100
Shelbyville, IN  46176
*Counsel for Plaintiff*

Scott L. Starr / Andrew B. Miller
Mark S. Fryman, Jr.
STARR AUSTEN & MILLER, LLP
201 South 3rd Street
Logansport, IN  46947
*Counsel for Plaintiff*

Knight S. Anderson
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414

Dina M. Cox
Robert M. Baker IV
Kameelah Shaheed-Diallo
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
\\lwfilesrv\DOCS\NECC\2 - Copass\Federal Court Pleadings\Order_withdrawal_appearance_Ameridose.docx