UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE S. COPASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING | ) |
| PHARMACY INC., d/b/a NEW ENGLAND | ) CAUSE NO.: 1:12-CV-1638-WTL-TAB |
| COMPOUNDING CENTER, AMERIDOSE | ) |
| INC., ALAUNUS PHARMACEUTICALS, | ) |
| GREGORY CONIGLIARO, and BARRY J. | ) |
| CADDEN, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANT'S MOTION
TO KEEP INCORRECTLY FILED DOCUMENT SEALED**

The Court, having reviewed Defendant's Motion to Keep Incorrectly Filed Document Sealed, hereby GRANTS Defendant's Motion. The confidential lease agreement that was uploaded in error will remain sealed.

SO ORDERED this _____ day of _____, 2012.

_____
Judge William T. Lawrence
U.S. Southern District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.