UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE S. COPASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE INC., ALAUNUS PHARMACEUTICALS, GREGORY CONIGLIARO, and BARRY J. CADDEN, | ) CAUSE NO.: 1:12-CV-1638-WTL-TAB |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT'S MOTION
## TO KEEP INCORRECTLY FILED DOCUMENT SEALED

The Court, having reviewed Defendant's Motion to Keep Incorrectly Filed Document Sealed, hereby GRANTS Defendant's Motion. The confidential lease agreement that was uploaded in error will remain sealed.

SO ORDERED:   12/26/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.