UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE S. COPASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | CAUSE NO:  1:12-CV-1638-WTL-TAB |
| PHARMACY INC., d/b/a NEW ) | |
| ENGLAND COMPOUNDING ) | |
| CENTER, AMERIDOSE INC., ) | |
| ALAUNUS PHARMACEUTICALS, ) | |
| GREGORY CONIGLIARO, and ) | |
| BARRY J. CADDEN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The Defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

LEWIS WAGNER LLP

By: */s/ Dina M. Cox*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendant, New England Compounding Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

| | |
|---|---|
| M. Michael Stephenson / Brady J. Rife<br>McNEELY STEPHENSON THOPY &<br>HARROLD<br>2150 Intelliplex Drive, Suite 100<br>Shelbyville, IN  46176<br>*Counsel for Plaintiff* | Scott L. Starr / Andrew B. Miller<br>Mark S. Fryman, Jr.<br>STARR AUSTEN & MILLER, LLP<br>201 South 3rd Street<br>Logansport, IN  46947<br>*Counsel for Plaintiff* |

                                        */s/ Dina M. Cox*
                                        DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\2 - Copass\Federal Court Pleadings\Notice of Stay_Bankruptcy.docx