UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE S. COPASS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE INC., ALAUNUS PHARMACEUTICALS, GREGORY CONIGLIARO, and BARRY J. CADDEN, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CAUSE NO: 1:12-cv-1638-WTL-TAB

## DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S CORPORATE DISCLOSURE

Defendant Alaunus Pharmaceutical, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure: Alaunus Pharmaceutical, LLC does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus's stock.

LEWIS WAGNER LLP

By: */s/ Kameelah Shaheed-Diallo*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendants New England Compounding Pharmacy Inc.; Alaunus Pharmaceutical, LLC; Gregory Conigliaro; and Barry J. Cadden*

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 4, 2013 using the CM/ECF system which sent notification of this filing to the following:

| | |
|---|---|
| M. Michael Stephenson / Brady J. Rife<br>McNEELY STEPHENSON THOPY & HARROLD<br>2150 Intelliplex Drive, Suite 100<br>Shelbyville, IN  46176<br>*Counsel for Plaintiff* | Scott L. Starr / Andrew B. Miller<br>Mark S. Fryman, Jr.<br>STARR AUSTEN & MILLER, LLP<br>201 South 3rd Street<br>Logansport, IN  46947<br>*Counsel for Plaintiff* |

                */s/ Kameelah Shaheed-Diallo*
              KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\2 - Copass\Federal Court Pleadings\Corporate Disclosure_Alaunus.docx