# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

46 East Ohio Street, Room 105
Indianapolis, Indiana
46204

101 Northwest MLK Boulevard
Evansville, Indiana
47708

921 Ohio Street
Terre Haute, Indiana
47807

121 West Spring Street
New Albany, Indiana
47150

February 26, 2013

United States District Court
District of Massachusetts
Office of the Clerk
595 Main Street
Worcester,  MA 01608−2025

Re: COPASS v. NEW ENGLAND COMPOUNDING PHARMACY INC. et al
Cause Number: 1:12−cv−01638−WTL−TAB

To Whom it May Concern:

Pursuant to an Order dated February 25, 2013, the above file is being transferred to the United States District Court for the District of Massachusetts. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Laura A. Briggs

By:  s/Theresa Amato
     Theresa Amato, Deputy Clerk

cc: Counsel of record